UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ARLANDUS M. NOLEN,

    Petitioner,

                                                    Case No. 2:07-cv-169

v

                                                    Hon. Wendell A. Miles

GERALD HOFBAUER,

    Respondent.

_____/

## JUDGMENT

In accordance with the Order entered this date,

IT IS HEREBY ORDERED that the petition is dismissed with prejudice.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED as to each issue raised by the petitioner.

Entered this 29th day of January, 2008.

                                                            /s/ Wendell A. Miles
                                                            Wendell A. Miles, Senior Judge